392 U.S. 646 (1968)
HEARD ET AL.
v.
RIZZO ET AL.
No. 1530, Misc.
Supreme Court of United States.
Decided June 17, 1968.[*]
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA.
Lois G. Forer for appellants in No. 1530, Misc. William Kunstler for appellants in No. 1662, Misc.
PER CURIAM.
The motion to affirm is granted and the judgments are affirmed.
NOTES
[*] Together with No. 1662, Misc., Traylor et al. v. Rizzo et al., also on appeal from the same court.